FILED

November 14, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003898382

1   Total Pages: 2
    James E. Salven
2   Chapter 7 Trustee
    8427 N. Millbrook Ave., Ste. 101
3   Fresno, CA  93720
    (559) 230-1095
4

5           IN THE UNITED STATES BANKRUPTCY COURT

6               EASTERN DISTRICT OF CALIFORNIA

7

8   In the Matter of                    Case No. 11-15549-B-7

9

10                                      DC No. JES-3

11  ARNOLD McINTOSH &

12  LINDA REAVES,                       **TRUSTEE'S MOTION TO SELL
                                        PROPERTY OUT OF THE
13                                      ORDINARY COURSE OF
                                        BUSINESS AT PUBLIC AUCTION
14                                      (11 U.S.C. Sec. 363(b)(1);(f))**

15                                      Date:  December 14, 2011
        Debtor.                         Time: 10:00 a.m.
16  _____/           Dept: B

17       James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the

18  Court as follows:

19       1.   This Court has jurisdiction over this matter pursuant to

20  28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to

21  28 U.S.C. Section 157(b)(2)(A), (N).

22       2.   This case was commenced by the filing of a Chapter 7

23  petition on or about 05/12/11. James Salven was appointed Chapter

24  7 Trustee on or about 05/12/11.

25       3.   Among the assets of the estate are a **1990 Dodge Van, and

26  a 2000 GMC Van.**

27       4.   The Trustee wishes to sell the subject assets so that the

28  proceeds can benefit the estate. The estate has elected to sell the

subject assets by means of a public auction to be held on or after 12/14/2011, at 788 Sierra Ave., Clovis, California.

5.    The Trustee believes that the sale is in the best interest of the estate.

6.    The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE,** Movant prays as follows:

1.    For an Order approving the public auction sale of the subject property described above, to be held on or after 12/14/2011, at 788 Sierra Ave., Clovis, California; and

2.    For such other and further relief as the Court deems just and proper.

Dated: _____11 - 4 - 11_____    By: _____
                                        James E. Salven, Trustee